In re Joseph C. PALMISANO

[638 A.2d 1057]

No. 94-045

February 3, 1994. The Petition for Extraordinary Relief is dismissed as moot. The proceedings were open.

The motion to continue is denied.

The respondent is suspended from the practice of law until further order of this Court. The Professional Conduct Board is directed to determine upon notice and opportunity to be heard whether respondent should be transferred to disability inactive status because of a mental or physical disability and report to this Court its findings and recommendations.